## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL KANE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CAPELLA UNIVERSITY, INC. and STRATEGIC EDUCATION, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-CV-5535-KAM-ARL<br>Civil Rights<br><br>**STIPULATED DISMISSAL OF ACTION PURSUANT TO F.R.C.P. Rule 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Russell Kane, Defendant Capella University, Inc., and Defendant Strategic Education, Inc. (collectively, the "Parties"), respectfully stipulate to dismiss this matter with prejudice. Each party shall bear its respective fees and costs unless otherwise agreed in writing and signed by the parties in this action.

Dated:  April 17, 2023　　　　　　　　Respectfully submitted,

[signature] 4.18.20

　　　　　　　　　　　　　　　　　By:   /s/ Catherine Cabalo
　　　　　　　　　　　　　　　　　　　　Catherine Cabalo (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Peiffer Wolf Carr Kane Conway & Wise, LLP
　　　　　　　　　　　　　　　　　　　　4 Embarcadero Center, 14th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　Phone: (415) 766-3592
　　　　　　　　　　　　　　　　　　　　Fax: (415) 402-0058
　　　　　　　　　　　　　　　　　　　　Email: ccabalo@peifferwolf.com
　　　　　　　　　　　　　　　　　　　　*Attorneys For Plaintiff*

1

Dated: April 17, 2023                    Respectfully submitted,

                                         By:   /s/ Michael E. Baughman
                                               Michael E. Baughman
                                               TROUTMAN PEPPER HAMILTON
                                               SANDERS LLP
                                               3000 Two Logan Square
                                               Eighteenth & Arch Streets
                                               Philadelphia, PA 19103-2799
                                               Phone: (215) 981-4964
                                               Email: michael.baughman@troutman.com
                                               *Attorneys for Defendants*